IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES INTERNATIONAL TRADE COMMISSION<br>500 E Street, S.W.<br>Washington, D.C. 20436<br>(202) 205-3094,<br><br>     Petitioner,<br><br> v.<br><br>RBC BEARINGS INC.<br>One Tribology Center<br>Oxford CT 06478<br>(203) 267-5032<br><br>     Respondent. | Misc. No. 06-222<br><br>**FILED**<br>MAY 1 2 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER TO SHOW CAUSE

Upon consideration of the Petition for an Order to Enforce Subpoena Issued by the United States International Trade Commission and of the exhibits attached thereto, it is hereby

ORDERED that respondent come before Judge _Lamberth_ of this Court on the _2nd_ day of _June_, 2006, at _10_ o'clock _a.m._, in Courtroom _22A_ and show cause why an order should not be issued granting enforcement of petitioner's subpoena. _Any legal Memorandum shall be filed no later than May 31, 2006._

IT IS FURTHER ORDERED that service of this order, and of the paper upon which it is granted, on respondent, on or before _May 19_, 2006, shall constitute sufficient service of this order.

                    _Royce C. Lamberth_
                    United States District Judge

Date: _May 12, 2006_

Order to be served on:

>RBC Bearings, Inc.
>C/O Mr. Robert Crawford
>One Tribology Center
>Oxford, CT 06478
>Telephone: (203) 267-5032
>Fax: (203) 267-5001