AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States International Trade Commission )
      Plaintiff(s) )
)
)
      vs. )
RBC Bearings Inc. )
)
      Defendant(s) )

**APPEARANCE**

CASE NUMBER   1:06-mc-222 RCL

To the Clerk of this court and all parties of record:

Please enter the appearance of   James M. Lyons   as counsel in this
(Attorney's Name)

case for:   United States International Trade Commission
(Name of party or parties)

5/23/2006
Date

304121
BAR IDENTIFICATION

Signature

James M. Lyons, Esq.
Print Name

500 E Street SW
Address

Washington, DC 20436
City    State    Zip Code

(202) 205-3101
Phone Number



RECEIVED
MAY 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

      I, David Fishberg hereby certify that a copy of the foregoing **Notice of Appearance** was provided via first class mail to the party listed below, this 24th day of May 2006:

Mr. Tom Williams, Esq.
RBC Bearings Inc.
One Tribology Center
Oxford CT 06478

David B. Fishberg