AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States International Trade Commission   )
        Plaintiff(s)   )
           )
        vs.   )
RBC Bearings Inc.   )
        Defendant(s)   )

**APPEARANCE**

CASE NUMBER   1:06-mc-222 RCL

To the Clerk of this court and all parties of record:

Please enter the appearance of __Andrea C. Casson__ as counsel in this
        (Attorney's Name)

case for: __United States International Trade Commission__
        (Name of party or parties)

5/24/2006
Date

279216
BAR IDENTIFICATION

*(signature)*
Signature

Andrea C. Casson, Esq.
Print Name

500 E Street SW
Address

Washington, DC 20436
City    State    Zip Code

(202) 205-3105
Phone Number

**RECEIVED**

MAY 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, David Fishberg hereby certify that a copy of the foregoing **Notice of Appearance** was provided via first class mail to the party listed below, this 24th day of May 2006:

Mr. Tom Williams, Esq.
RBC Bearings Inc.
One Tribology Center
Oxford CT 06478


David B. Fishberg