AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States International Trade Commission

        Plaintiff(s)

vs.

RBC Bearings Inc.

        Defendant(s)

**APPEARANCE**

CASE NUMBER   1:06-mc-222 RCL

To the Clerk of this court and all parties of record:

Please enter the appearance of __David Fishberg__ as counsel in this
                                (Attorney's Name)

case for: __United States International Trade Commission__
                (Name of party or parties)

5/23/2006
Date

[Signature]
Signature

470095
BAR IDENTIFICATION

David Fishberg, Esq.
Print Name

500 E Street SW
Address

Washington, DC 20436
City     State     Zip Code

(202) 708-2614
Phone Number

**RECEIVED**

MAY 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, David Fishberg hereby certify that a copy of the foregoing **Notice of Appearance** was provided via first class mail to the party listed below, this 24th day of May 2006:

Mr. Tom Williams, Esq.
RBC Bearings Inc.
One Tribology Center
Oxford CT 06478


David B. Fishberg