AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States International Trade Commission            )
        Plaintiff(s)            )      **APPEARANCE**
                    )
        vs.            )      CASE NUMBER   1:06-mc-222 RCL
RBC Bearings Inc.            )
        Defendant(s)            )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Neal J. Reynolds   as counsel in this
        (Attorney's Name)

case for:   United States International Trade Commission
        (Name of party or parties)

5/23/2006
Date

*(signature)*
Signature

418345
BAR IDENTIFICATION

Neal J. Reynolds, Esq.
Print Name

500 E Street SW
Address

Washington, DC 20436
City     State     Zip Code

(202) 205-3093
Phone Number



**RECEIVED**

MAY 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, David Fishberg hereby certify that a copy of the foregoing **Notice of Appearance** was provided via first class mail to the party listed below, this 24th day of May 2006:

Mr. Tom Williams, Esq.
RBC Bearings Inc.
One Tribology Center
Oxford CT 06478

_____
David B. Fishberg