IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INTERNATIONAL TRADE COMMISSION<br>500 E Street, S.W.<br>Washington, D.C. 20436<br>(202) 205-3094<br><br>                 Petitioner,<br><br>       v.<br><br>RBC BEARINGS INC.<br>One Tribology Center<br>Oxford CT 06478<br>(203) 267-5032<br><br>                 Respondent. | Misc. No. 06-222<br><br>FILED<br>JUN 2 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

Petitioner, United States International Trade Commission, having invoked the aid of this Court pursuant to section 333 of the Tariff Act of 1930, 19 U.S.C. § 1333, to require respondent to comply with a subpoena issued by the Commission during the course of proceedings in antidumping reviews entitled <u>Certain Bearings from China, France, Germany, Italy, Japan, Singapore, and The United Kingdom</u> Inv. Nos. 731-TA-344, 391-A, 392-A and C, 393-A, 394-A, 396, and 399-A (Second Review), and the Court having found that the inquiry is within the authority of the agency, that the subpoena is authorized by the Tariff Act of 1930 and the Commission's Rules of Practice, and that the documents and testimony sought are reasonably relevant to the inquiry, and the Court being of the

opinion that the relief sought by the Commission should be granted, it is hereby

**ORDERED** that respondent is hereby commanded to comply with the subpoena issued to it on the 24th day of March, 2006, at the place designated in the subpoena and at a time no later than the 16th day of June, 2006.

Royce C. Lamberth
United States District Judge

Date: June 2, 2006
10:10 A.M.

Order to be served on:

>RBC Bearings, Inc.
>Mr. Robert Crawford
>One Tribology Center
>Oxford, CT 06478
>Telephone: (203) 267-5032
>Fax: (203) 267-5001