IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INTERNATIONAL<br>TRADE COMMISSION<br>500 E Street, S.W.<br>Washington, D.C. 20436<br>(202) 205-3094<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>RBC BEARINGS INC.<br>One Tribology Center<br>Oxford CT 06478<br>(203) 267-5032<br><br>　　　　　　　Respondent. | Misc. No. 1:06MC00222:RCL |

PRAECIPE

Petitioner International Trade Commission files this praecipe to notify the Clerk of this Court that Respondent RBC Bearings Inc. has complied with the administrative subpoena of which the Commission seeks enforcement in this action. Accordingly, Petitioner will undertake no further proceedings in this matter.

*/s/ David B. Fishberg*

David B. Fishberg

Attorney for Petitioner
U.S. International Trade Commission
500 E Street SW
Washington, D.C.  20436
(202) 708-2614
D.C. Bar No. 470095

RECEIVED
JUN 1 3 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2006, a copy of this Praecipe was served by first class mail, postage prepaid upon:

>Mr. Tom Williams
>General Counsel
>RBC Bearings Inc.
>One Tribology Center
>Oxford CT 06478

David B. Fishberg